IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BIRDA J. MARSHALL | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| LUCENT TECHNOLOGY, INC. | : | |
| and | : | |
| CIGNA INSURANCE COMPANY<br>CONNECTICUT GENERAL<br>LIFE INSURANCE COMPANY | : | |
| Defendants. | : | NO. 02-3662 |

<u>ORDER</u>

AND NOW, this  28th  day of June, 2004, IT IS HEREBY ORDERED that Clerk statistically reopen this matter only as to Defendant Connecticut General Life Insurance Company.

BY THE COURT:

_____

LEGROME D. DAVIS, J.