IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BIRDA J. MARSHALL | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LUCENT TECHNOLOGIES, INC, ET AL. | : | NO. 2:02-CV-03662-LDD |

SCHEDULING ORDER

AND NOW, this ___ day of August, 2004, it is hereby **ORDERED** that:

1) The parties shall file a joint stipulation containing a corrected caption by September 3, 2004.

2) The parties shall notify the Court, in writing, before September 30, 2004 as to the status of Plaintiff's remedies under Lucent's disability pension.

3) All dispositive motions shall be filed by October 29, 2004.

4) Responses to dispositive motions shall be filed by November 29, 2004.

6) A final pretrial conference will be scheduled will be scheduled approximately thirty days prior to trial.

BY THE COURT:

_____
Legrome D. Davis, J.