## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BIRDA J. MARSHALL | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| LUCENT TECHNOLOGIES, INC., | : | NO. 02-3662-LDD |
| LUCENT BENEFIT TRUST, CIGNA | : | |
| INSURANCE COMPANY and | : | |
| CONNECTICUT GENERAL LIFE | : | |
| INSURANCE COMPANY | : | |

### JOINT STIPULATION TO AMEND COMPLAINT, WITHDRAW JURY TRIAL DEMAND AND AMEND PARAGRAPH 9 OF DEFENDANT'S ANSWER TO COMPLAINT

It is hereby STIPULATED and AGREED by and between counsel for the parties, as evidenced by their signatures as set forth below, that:

1. The Court grant approval for amendment of the caption to reflect the previous voluntary dismissal of Lucent Technologies, Inc., Lucent Benefit Trust and CIGNA Insurance Company, filed on July 17, 2002, and that Connecticut General Life Insurance Company remains a party herein. A copy of the proposed amended caption is attached as Exhibit "A."

2. Plaintiff withdraws her jury trial demand.

3. Paragraph 9 of the Answer and Affirmative Defenses of Defendant, Connecticut General Life Insurance Company, is amended in its entirety to read as follows:

> 9. Denied. It is specifically denied that Lucent Technologies, Inc. ("Lucent") contracts some of its plan administrator duties to CIGNA Insurance Group which contracts with its subsidiary underwriting company Connecticut General Life Insurance

DOCS_PH 1630399v1

Company ("CGLIC") to provide benefits to Lucent employees pursuant to the plan. To the contrary CIGNA Insurance Group is a non-entity which has not so contracted with Lucent. CGLIC has contracted with Lucent to provide administrative services to the plan, including claims administration services. CGLIC did not issue a policy of insurance providing benefits to Lucent employees pursuant to the plan.

PHILLIPS & BROOKE, P.C.

By: _____
Stuart J. Phillips, Esquire
Two Greenwood Square
3331 Street Road
Bensalem, PA 19020
(215) 633-1800

Attorneys for Plaintiff,
Birda Marshall

WHITE AND WILLIAMS LLP

By: _____
Elizabeth A. Venditta, Esquire
Attorney I.D. No. 36000
1800 One Liberty Place
Philadelphia, PA 19103-7395
(215) 864-6392

Attorneys for Defendant,
Connecticut General Life Insurance
Company

APPROVED:

Dated: _____    _____

                                                              J.

-2-

**EXHIBIT "A"**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BIRDA J. MARSHALL              :    CIVIL ACTION
                              :
        v.                     :
                              :
CONNECTICUT GENERAL LIFE       :    NO. 02-3662-LDD
INSURANCE COMPANY              :

DOCS_PH 1630399v1