IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BIRDA J. MARSHALL | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY | : | NO. 02-3662 |
| | : | |

## ORDER

AND NOW, this       day of              , 2004, upon consideration of the Motion for Summary Judgment of Defendant, Connecticut General Life Insurance Company, and the response, if any, thereto, it is hereby

**ORDERED AND DECREED** that said Defendant's Motion is **GRANTED** and that this case is dismissed with prejudice.

BY THE COURT:

_____ J.

DOCS_PH 1646597v1