IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BIRDA J. MARSHALL** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **CONNECTICUT GENERAL LIFE INSURANCE COMPANY** | : | **NO. 02-3662-LDD** |
| | : | |

**PROPOSED ORDER**

**AND NOW**, this _____ day of _____, 2004, upon consideration of Plaintiff's Motion for Summary Judgment, and responses thereto, it is hereby **ORDERED** and **DECREED** that said Motion is **GRANTED**.

BY THE COURT:

_____
LEGROME D. DAVIS, J.