IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BIRDA J. MARSHALL** | : | **CIVIL ACTION** |
| v. | : | |
| **CONNECTICUT GENERAL LIFE INSURANCE COMPANY** | : | **NO. 02-3662** |

## O R D E R

**AND NOW**, this         day of                         , 2005, upon consideration of the Response and Brief of Defendant, Connecticut General Life Insurance Company, in Opposition to Plaintiff's Motion for Summary Judgment and the Motion for Summary Judgment of Defendant, Connecticut General Life Insurance Company with Brief in Support, it is hereby **ORDERED** and **DECREED** that Plaintiff's Motion is **DENIED** and that Defendant's Motion is **GRANTED**. This case is dismissed with prejudice.

BY THE COURT:

_____

J.